AFFIDAVIT      3:20CV1182-J39JRK

STATE OF FLORIDA
COUNTY OF BRADFORD

LEGAL MAIL
Provided to Florida State Prison on
10/15/20 for mailing by ▓▓▓

FILED 2020 OCT 19 PM 12:45 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE, FLORIDA

This affiant being first duly sworn does hearby affirm the following:

On 10/9/20 I, Randy L. Woullard, turned in grievance of medical nature between 6:30 - 7:00 at my cellfront, C1141, during routine grievance pickup.

Affiant asserts "Jane Doe" unknown white female has picked up grievance, a responsibility of screening it and upon acknowledging its contents decided to throw it away. Affiant asserts I never received a receipt for this grievance as required by DOC policy and certain this particular grievance want be returned which is a typical occurence depending on the liabilities involved.

Said grievance pertains to events occuring on 10/7/20 in which mental health staff Weatherby & John Doe fail to take actions to protect affiant against suicide/self harm after being put on notice of suicidual intent and I would kill myself if warranted help was not provided. Upon returning to my cell, C1111, due to disregard by mental health affiant swallowed approximately (10) pills in presence of officers Williams & Kitchens who fail to report to competent staff, in addition to refusing all request for medical emergencys due to rapid heart beat, chest pain and dizzyness after subject overcame blackout laying atop floor.

Currently, affiant is experiencing chest pain, rapid heartbeat and migrane headaches excluded of dizzyness Despite sick call requests completed/turned in to Nurse

self on October 12th & 13th I never received any assessments for current conditions.

Officers Williams & Kitchens observed affiant swallowing pills between 11:25-11:50 am; Williams refused request for medical treatment between 3-4 pm on 10/7/20; Likewise, Kitchens (2) time between 11:25-11:45 AM at my cellfront, C1111, on 10/8/20; Evaluations by John Doe & Weatherby between 8:30-9:30 AM on 10/7/20.

NOTE: AFFIANT REQUESTED AUDIO/CAMERA IN GRIEVANCE!

I declare under penalty of perjury that the foregoing statement is true and correct. Executed on 10/15/20 at Florida State Prison.

/s/ *[signature]*